UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   John J. Hepner                  :        Chapter 13
                                         :
                                         :
                  Debtor                 :        No.:    25-10058-pmm

## ORDER

     AND NOW, this 21st    day of    January  2025, upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules and related documents.

     It is Ordered that the Motion is Granted.  Debtor has until January 31, 2025 to file the necessary Schedules, Statement of Financial Affairs, Plan and all necessary documents in the captioned matter.

By the Court:

_____
U.S Bankruptcy Court Judge
Hon. Patricia M. Mayer