**Fill in this information to identify the case:**

Debtor 1  John J. Hepner

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  2510058

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice     02/15/2025

**New total payment:**
Principal, interest, and escrow, if any    $ 1802.74

**Last 4 digits** of any number you use to identify the debtor's account:  0 7 2 4

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ 123.21     **New escrow payment:** $ 129.48

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____ %    **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: 

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| Debtor 1 | John | J | Hagner | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Mavis B Evans
Signature

Date  01/23/2025

Print:  Evans, Mavis B
First Name    Middle Name    Last Name

Title: VP of Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
Number        Street
P.O. Box 1629
Address 2
Minneapolis            MN        55440-9790
City                State    ZIP Code

Contact phone  800-274-7025

Email: NoticeofPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

Chapter  13  No. 2510058
Judge:  Patricia M. Mayer

In re:
John J. Hepner

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before January 24, 2025 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

John J. Hepner
2714 Carrell Lane

Willow Grove PA 19090

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By Court's CM/ECF system registered email address
WILLIAM D. SCHROEDER, JR

920 Lenmar Drive

Blue Bell PA 19422

By Court's CM/ECF system registered email address
N/A

Trustee:

By Court's CM/ECF system registered email address
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701

Philadelphia PA 19106

/s/Mavis B Evans

VP of Loan Documentation

Wells Fargo Bank, N.A.



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

| | |
|---|---|
| **Statement Date:** | January 10, 2025 |
| **Loan number:** | |
| **Property address:** | |
| | 701 ATLANTIC AVE 204 |
| | OCEAN CITY NJ 08226 |

### Customer Service

| | |
|---|---|
| **Online**  | **Telephone** |
| wellsfargo.com | 1-800-340-0473 |
| **Correspondence**  | **Hours of operation** |
| PO Box 10335 | Mon - Fri 7 a.m. - 7 p.m. CT |
| Des Moines, IA 50306 | |
| **To learn more, go to:**  | |
| wellsfargo.com/escrow | |

We accept telecommunications relay service calls

JOHN J HEPNER
HEIDI T HEPNER
2714 CARRELL LN
WILLOW GROVE PA 19090-1008

*If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The informational summaries below are based on the terms of the loan.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**. See box to the right and subsequent pages for additional information.

- **Payments:** As of the **February 15, 2025** payment, the escrow portion of the payment **increases**.

> This escrow review statement was completed as part of our preparation and filing of a proof of claim in a recently filed bankruptcy case, as required under applicable bankruptcy laws.
>
> The escrow account has a shortage of $5,191.63. At this time, the shortage will not impact the post-petition escrow payment, rather it is included in the arrearage amount of the proof of claim.

## Part 1 - Mortgage payment

### New Payment    The new total payment will be $1,802.74

| | Previous payment through 01/15/2025 payment date | New payment beginning with the 02/15/2025 payment |
|---|---:|---:|
| **Principal and/or interest** | $1,673.26 | $1,673.26 |
| **Escrow payment** | $123.21 | $129.48 |
| **Total payment amount** | $1,796.47 | $1,802.74 |

### No action required

Starting **February 15, 2025** the new payment amount will be **$1,802.74**

**See the following pages and the additional enclosure for more detail.**

## Part 2 - Payment calculations

For the coming year, we expect the escrow items to be $1,553.72. Based on this, the escrow payment established for the loan is calculated below.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | --/-- | --/-- | --/-- | 02/25 - 01/26 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $0.00 | $0.00 | $0.00 | $1,553.72 | ÷ | 12 | = | $129.48 |
| **Property insurance** | $0.00 | $0.00 | $0.00 | $0.00 | ÷ | 12 | = | $0.00 |
| **Total taxes and insurance** | $0.00 | $0.00 | $0.00 | $1,553.72 | ÷ | 12 | = | $129.48 |
| **Escrow shortage** | $0.00 | $0.00 | $0.00 | $5,191.63 | ÷ | 0 | = | $0.00 |
| **Total escrow** | $0.00 | $0.00 | $0.00 | $6,745.35 |  |  |  | $129.48 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage and an overage check may be issued to the customer or the bankruptcy trustee, based on applicable bankruptcy law. If it is negative, there is a shortage and the actual shortage plus any projected shortage, based on applicable bankruptcy law, will be included in the proof of claim.

|  | Contractual | Post-Petition¶ |  |
|---|---|---|---|
| Lowest projected escrow balance October 2025 | -$4,932.68 | -$388.40 | (Calculated in Part 4 - Escrow account projections table) |
| Minimum balance for the escrow account† | $258.95 |  |  |

¶Post-petition (post-filing) - Occurring after the filing of a bankruptcy petition.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance as allowed by state laws and/or the mortgage contract. This account is set to a 2 month cash reserve amount. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 6.

## Part 3 - Escrow account history

### Escrow account activity from December 2024 to January 2025

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Dec 2024 | | | | | | | Starting Balance | -$5,068.13 | $0.00 | -$5,068.13 |
| Dec 2024 | $0.00 | $0.00 | $0.00 | $1,514.86 | $0.00 | $1,514.86 | OCEAN CITY | -$6,582.99 | $0.00 | -$6,582.99 |
| Dec 2024 | $0.00 | $0.00 | $0.00 | $55.86 | $0.00 | $55.86 | OCEAN CITY | -$6,638.85 | $0.00 | -$6,638.85 |
| Jan 2025 (estimate) | $2,094.57 | $0.00 | $2,094.57 | $379.80 | $0.00 | $379.80 | OCEAN CITY | -$4,924.08 | $0.00 | -$4,924.08 |
| Totals | $2,094.57 | $0.00 | $2,094.57 | $1,950.52 | $0.00 | $1,950.52 | | | | |

If the activity contains (estimate), then "deposits to" or "payments from" escrow or both are estimated amounts that have not actually occurred. These pre-petition amounts impact the proof of claim(s) filed in the bankruptcy case in the amount of $2,094.57. Pre-petition (Pre-filing) - occurring before the filing of a bankruptcy petition.

## Part 4 - Escrow account projections

### Escrow account projections from February 2025 to January 2026

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | | Balance required in the account |
|---|---|---|---|---|---|---|
| | | | | Contractual | Post-petition | |
| | | | Starting contractual escrow balance | -$6,638.85 | $0.00 | |
| | | | Outstanding pre-petition escrow payments | $2,094.57 | Not Applicable | |
| | | | Escrow disbursements between filing and payment change | -$379.80 | -$379.80 | |
| Jan 2025 | | | Projected period starting balance | -$4,924.08 | -$379.80 | $267.55 |
| Feb 2025 | $129.48 | $0.00 | | -$4,794.60 | -$250.32 | $397.03 |
| Mar 2025 | $129.48 | $0.00 | | -$4,665.12 | -$120.84 | $526.51 |
| Apr 2025 | $129.48 | $379.80 | OCEAN CITY | -$4,915.44 | -$371.16 | $276.19 |
| May 2025 | $129.48 | $0.00 | | -$4,785.96 | -$241.68 | $405.67 |
| Jun 2025 | $129.48 | $0.00 | | -$4,656.48 | -$112.20 | $535.15 |
| Jul 2025 | $129.48 | $397.06 | OCEAN CITY | -$4,924.06 | -$379.78 | $267.57 |
| Aug 2025 | $129.48 | $0.00 | | -$4,794.58 | -$250.30 | $397.05 |
| Sep 2025 | $129.48 | $0.00 | | -$4,665.10 | -$120.82 | $526.53 |
| Oct 2025 | $129.48 | $397.06 | OCEAN CITY | -$4,932.68 | -$388.40 | $258.95 |
| Nov 2025 | $129.48 | $0.00 | | -$4,803.20 | -$258.92 | $388.43 |
| Dec 2025 | $129.48 | $0.00 | | -$4,673.72 | -$129.44 | $517.91 |
| Jan 2026 | $129.48 | $379.80 | OCEAN CITY | -$4,924.04 | -$379.76 | $267.59 |
| Totals | $1,553.76 | $1,553.72 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2022 Wells Fargo Bank, N. A. All rights reserved.
NMLSR ID 399801   Member FDIC

# Your Escrow Review Statement has been updated

## Here's what you can find on it

### Part 1 – Mortgage payment
Includes the previous and new mortgage payment amount.

### Part 2 – Payment calculations
Shows how we calculated the escrow portion of the payment, as well as any overage or shortage the escrow account may have.

### Part 3 – Escrow account history
Shows:
- How much was put into the escrow account.
- How much was paid out of the escrow account.
- If there's a difference between what we projected and what actually happened.

Some amounts in this section may be noted as an "estimate" if we hadn't yet received an expected deposit or made a planned payment from the escrow account at the time we completed your escrow review. These estimates assume that the deposits will be received and the payments will be made.

### Part 4 – Escrow account projections
Shows what we expect to be deposited into the escrow account and what we expect to pay out of it in the future, as well as the contractual and post-petition balance after each bill is paid and the balance that's required in the account each month.

### wellsfargo.com/escrow
- Learn more about how escrow accounts work.
- Watch the videos - for a quick way to better understand escrow accounts.
- Review answers to frequently asked questions.