United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 25-10058-pmm
John J. Hepner | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jan 21, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

**Recip ID**      **Recipient Name and Address**
db      + John J. Hepner, 2714 Carrell Lane, Willow Grove, PA 19090-1008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:**

**Name**      **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARY F. KENNEDY
    on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

MATTHEW K. FISSEL
    on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

United States Trustee

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 21, 2025 | Form ID: pdf900 | Total Noticed: 1 |

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
    on behalf of Debtor John J. Hepner schroeder@jrlaw.org Healey@jrlaw.org

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   John J. Hepner                      :       Chapter 13
                                             :
                                             :
                  Debtor                     :       No.:   25-10058-pmm

### ORDER

     AND NOW, this 21st     day of   January   2025, upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules and related documents.

     It is Ordered that the Motion is Granted.  Debtor has until January 31, 2025 to file the necessary Schedules, Statement of Financial Affairs, Plan and all necessary documents in the captioned matter.

                                 By the Court:

                                 */Patricia M. Mayer/*

                                 U.S Bankruptcy Court Judge
                                 Hon. Patricia  M. Mayer