UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John J. Hepner | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | NO.: 25-10058-pmm |
| | : | |

AFFIDAVIT OF NO PAYMENT ADVICES

I, John J. Hepner, the undersigned debtor hereby affirm that I have received no payment advices from any employer 60 days prior to the filing of my petition as I have not been employed.

/s/ John J. Hepner
John J. Hepner, Debtor