**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>John J Hepner Aka John Hepner<br><br>Wells Fargo Bank, N.A.,<br>    Movant<br><br>vs.<br><br>John J Hepner Aka John Hepner ,<br>    Debtor | Case No. 25-10058-pmm<br>Chapter 13 |

**OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 13 PLAN**

Wells Fargo Bank, N.A. ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 19), and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 7, 2025.

2. Movant holds a security interest in the Debtor's real property located at 701 Atlantic Ave 204, Ocean City, NJ 08226 (the "Property"), by virtue of a Mortgage.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on January 30, 2025 (Doc 19).

4. The Plan includes payments toward the Note and Mortgage with Movant, however the figures used by the Debtor are inaccurate. Although Movant has not yet filed its proof of claim, it is anticipated that the claim will show the pre-petition arrearage due Movant is $33,935.15, whereas the Plan proposes to pay only $7,000.00.

5. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§

1322(b)(3) and 1325(a)(5) and cannot be confirmed.

6. Movant objects to any plan which proposes to pay it anything less than $33,935.15 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Andrew Spivack*<br>
Andrew Spivack, PA Bar No. 84439<br>
Matthew Fissel, PA Bar No. 314567<br>
Mario Hanyon, PA Bar No. 203993<br>
Ryan Starks, PA Bar No. 330002<br>
Jay Jones, PA Bar No. 86657<br>
Ryan Srnik, PA Bar No. 334854<br>
Attorney for Creditor<br>
BROCK & SCOTT, PLLC<br>
3825 Forrestgate Drive<br>
Winston Salem, NC 27103<br>
Telephone: (844) 856-6646<br>
Facsimile: (704) 369-0760<br>
E-Mail: PABKR@brockandscott.com

L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>John J Hepner Aka John Hepner<br><br>Wells Fargo Bank, N.A.,<br>     Movant<br><br>vs.<br><br>John J Hepner Aka John Hepner ,<br>     Debtor | Case No. 25-10058-pmm<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on February 7, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: February 7, 2025

                                             */s/Andrew Spivack*
                                             Andrew Spivack, PA Bar No. 84439
                                             Matthew Fissel, PA Bar No. 314567
                                             Mario Hanyon, PA Bar No. 203993
                                             Ryan Starks, PA Bar No. 330002
                                             Jay Jones, PA Bar No. 86657
                                             Ryan Srnik, PA Bar No. 334854
                                             Attorney for Creditor
                                             BROCK & SCOTT, PLLC
                                             3825 Forrestgate Drive

Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

ANDREW L. SPIVACK, Debtor's Attorney
302 Fellowship Road
Suite 130
Mount Laurel, NJ 08054
andrew.spivack@brockandscott.com
Debtor's Attorney
Via:  ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

KENNETH E WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:  ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building 900 Market Street Suite 320
Philadelphia, PA 19107
US Trustee
Via:  ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

John J Hepner
2714 Carrell Lane
Willow Grove, PA 19090
Debtor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other: