UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   John J. Hepner          :     Chapter 13
                                 :
                                 :
             Debtor              :     No.:   25-10058-pmm

## **ORDER**

AND NOW, this 12th day of February 2025, it is Ordered Decreed the captioned Debtor's case is dismissed.

By the Court:

*Patricia M. Mayer*

U.S Bankruptcy Court Judge

cc:   William D. Schroeder, Jr
      920 Lenmar Drive
      Blue Bell, PA 19422

      Trustee Kenneth E. West
      Chapter 13 Standing Trustee
      P.O. Box 1229
      Philadelphia, PA 19105

      Office of the United States Trustee
      833 Chestnut Street, Suite 500
      Philadelphia, PA  19107