United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John J. Hepner  
    Debtor

Case No. 25-10058-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 12, 2025      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. Hepner, 2714 Carrell Lane, Willow Grove, PA 19090-1008 |
| cr | + | Wells Fargo Bank, N.A., 11625 N. Community House Rd, Charlotte, NC 28277-1581 |
| 14967445 | + | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, c/o Mary F. Kennedy, Esquire, 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14969006 | + | Matthew Fissel, Esquire, c/o MATTHEW K. FISSEL, Brock & Scott PLLC, 302 Fellowship Road, Suite 130 Mt Laurel Township, NJ 08054-1218 |
| 14967688 | + | Wells Fargo Bank, N.A., 11625 N. Community House Rd, Charlotte, North Carolina 28277-1581 |
| 14968741 | + | Wells Fargo Home Equity Group, Home Equity Group - Collections Foreclos, P.O. Box 2248, Jacksonville, Florida 32203-2248 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 13 2025 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2025 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Feb 12 2025 23:49:44 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059, UNITED STATES 23059-4577 |
| 14966214 | | Email/Text: EBN@brockandscott.com | Feb 13 2025 00:00:00 | Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 |
| 14973747 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 13 2025 00:00:00 | Citizens Bank, P.O. Box 7092, Bridgeport, CT 06601 |
| 14973745 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 00:06:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14973746 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 00:06:24 | Citibank, Attn: Citicorp Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14967106 | ^ | MEBN | Feb 12 2025 23:49:43 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14973748 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 13 2025 00:07:03 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14977177 | | Email/Text: mrdiscen@discover.com | Feb 13 2025 00:00:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14973749 | + | Email/Text: mrdiscen@discover.com | Feb 13 2025 00:00:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14973750 | + | Email/Text: LMitchell@myfci.com | | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 12, 2025 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Feb 13 2025 00:01:00 | FCI Lender Service, Inc, 8180 E Kaiser Blvd, Anaheim, CA 92808-2277 |
| 14973751 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2025 00:00:00 | PNC Bank, NA, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45432 |
| 14969922 | ^ MEBN | Feb 12 2025 23:49:45 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14967687 | + Email/Text: EBN@brockandscott.com | Feb 13 2025 00:00:00 | Wells Fargo Bank, N.A., C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14966215 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 13 2025 00:07:06 | Wells Fargo Bank, NA, Attn: Bankruptcy Department, MAC#D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 14966216 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 13 2025 00:06:53 | Wells Fargo Bank, NA, 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 14973754 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 13 2025 00:22:35 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14973744 | *P++ | BROCK & SCOTT PLLC, 6701 CARMEL ROAD SUITE 315, CHARLOTTE NC 28226-4035, address filed with court:, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 |
| 14968740 | *+ | Wells Fargo Bank, N.A., C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14973752 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy Department, MAC#D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 14973753 | *+ | Wells Fargo Bank, NA, 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 14, 2025          Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Feb 12, 2025 Form ID: pdf900 Total Noticed: 24

| | |
|---|---|
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM D. SCHROEDER, JR | on behalf of Debtor John J. Hepner schroeder@jrlaw.org  Healey@jrlaw.org |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John J. Hepner                    :     Chapter 13
                                          :
                                          :
                    Debtor                :     No.:   25-10058-pmm

## ORDER

AND NOW, this 12th day of February 2025, it is Ordered Decreed the captioned Debtor's case is dismissed.

By the Court:

*Patricia M. Mayer*
U.S Bankruptcy Court Judge

cc:    William D. Schroeder, Jr
       920 Lenmar Drive
       Blue Bell, PA 19422

       Trustee Kenneth E. West
       Chapter 13 Standing Trustee
       P.O. Box 1229
       Philadelphia, PA 19105

       Office of the United States Trustee
       833 Chestnut Street, Suite 500
       Philadelphia, PA  19107